UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE R. KEEN,<br><br>      Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>      Defendant. | Case No. C13-346-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Stephanie R. Keen brought an action seeking review of her applications for Disability Insurance Benefits and Supplemental Security Income. Dkt. 1. The Commissioner has filed a stipulated motion the case be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Dkt. 15.

On remand, the Administrative Law Judge ("ALJ") will hold a new hearing and issue a new decision. The ALJ will:

(1) Reconsider the medical evidence of record;

(2) Reconsider the claimant's physical and mental impairments, including the fibromyalgia impairment;

(3) Determine the severity of the impairments at steps 2 and 3 of the sequential

REPORT AND RECOMMENDATION - 1

evaluation process;

(4) Reassess the claimant's residual functional capacity;

(5) Reevaluate the claimant's credibility and subjective complaints in accordance with Social Security Ruling 96-7p; and obtain if necessary, supplemental vocational expert testimony to assist in determining what impact the claimant's limitations would have on her ability to perform work-related activities at steps 4 and 5 of the sequential evaluation process.

The ALJ will take any other actions necessary to develop the record.  Plaintiff may submit additional evidence and arguments to the ALJ on remand.  The parties stipulate this remand be made under sentence four of 42 U.S.C. § 405(g).

The Court has reviewed the motion and record, and recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to the terms of the parties' stipulated motion.  As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it be approved immediately.  A proposed order accompanies this Report and Recommendation.

DATED this 13th day of August, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge