U.S. District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| STEPHANIE R. KEEN<br><br>*Plaintiff*<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration<br><br>*Defendant*. | Case No.  2:13-CV-00346-RAJ<br><br>ORDER FOR EAJA FEES, COSTS AND EXPENSES<br><br>~~(Proposed)~~ |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $ 3,842.93,  and expenses in the amount of $ 66.20 (for postage and service of process fees) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) shall be awarded to Plaintiff.  *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  It is also ORDERED that costs in the amount of $350 be awarded Plaintiff for filing fees under 28 U.S.C. § 1920.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, costs, and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Plaintiff's

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

attorney, Sara M. Herr-Waldroup based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

Whether the check is made payable to Plaintiff, or to Sara M. Herr-Waldroup, the check shall be mailed to Ms. Herr-Waldroup at the following address: 3811-A Broadway, Everett, WA 98201.

Dated this 21st day of November, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055